FILED'06 NOV 07 11:03 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DAVID S. CLARK, | ) | |
| | ) | |
|       Petitioner, | ) | Civil Case No. 04-849-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT SCHIEDLER, Superintendent, | ) | |
| Two Rivers Correctional Institution, | ) | |
| | ) | |
|       Respondent. | ) | |

    C. Renee Manes
    Assistant Federal Public Defender
    101 S.W. Main Street, Suite 1700
    Portland, Oregon  97204

          Attorney for Petitioner

    Hardy Myers
    Attorney General
    Douglas Y.S. Park
    Assistant Attorney General
    Department of Justice
    1162 Court Street, N.E.
    Salem, Oregon  97301

          Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on September 12, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Petitioner has filed objections to the Findings and Recommendation and the Respondent has filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in plaintiff's objections to the Findings and Recommendation, I find no error. The magistrate properly applied a deferential standard of review to the state trial court's findings. Although the state court appeared to conflate the standard articulated in Strickland v. Washington, 466 U.S. 668 (1984), in its Memorandum of Opinion it is clear that the state court based its decision on the fact that petitioner failed to prove that his counsel was deficient in the first place. In addition, the magistrate properly rejected Claims Two, Five and Six because the petitioner failed to adequately exhaust the claims.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#42). IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (#2) is DENIED and the case DISMISSED with prejudice.

Dated this 6th day of November, 2006.

Garr M. King
United States District Judge